# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>EDWIN TROY HAWKINS,<br><br>Debtor, | NO. CV-08-00356-JLQ<br><br>Bankruptcy Cause No.: 06-03258-FLK7 |
| JEFFREY EARL, as Trustee in Bankruptcy,<br><br>    Plaintiff/Appellee,<br><br>v.<br><br>EDWIN TROY HAWKINS, Debtor; et al.,<br>    Defendants/Appellants | **ORDER DISMISSING APPEAL WITH PREJUDICE** |

BEFORE THE COURT is the parties Joint Motion to Dismiss Appeal with Prejudice and Without Fees or Costs (Ct. Rec . 25) along with the Stipulation for Entry of Dismissal filed in conjunction with the motion.

Pursuant to the stipulation, **IT IS HEREBY ORDERED**:

1. The Joint Motion to Dismiss (Ct. Rec. 25) is **GRANTED**. This bankruptcy appeal (Ct. Rec. 1) is DISMISSED with prejudice and without costs or attorney's fees to either party.

The Clerk of the Court is directed to enter this order, provide copies to counsel for the parties, and CLOSE THE FILE.

Dated March 11, 2009.

                    s/ Justin L. Quackenbush
                 JUSTIN L. QUACKENBUSH
            SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1